IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bowdry, Marnelia

Printed: 1/22/08

Case Number:  05 B 64178
Judge:  Hollis, Pamela S
Filed:  12/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 19, 2007
Confirmed: March 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,500.00 |  |
| Secured: |  | 8,214.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 537.05 |
| Other Funds: |  | 248.34 |
| Totals: | 10,500.00 | 10,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,500.00 | 1,500.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,014.61 | 1,014.61 |
| 4. | CitiFinancial Mortgage | Secured | 10,203.85 | 7,200.00 |
| 5. | ECast Settlement Corp | Unsecured | 10,428.45 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 688.13 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 955.88 | 0.00 |
| 8. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 9. | Brian W Kenny D.D.S. | Unsecured |  | No Claim Filed |
| 10. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 11. | Malhotra LLC | Unsecured |  | No Claim Filed |
| 12. | Kankakee Minimum Security | Unsecured |  | No Claim Filed |
| 13. | Malhotra LLC | Unsecured |  | No Claim Filed |
| 14. | Pace | Unsecured |  | No Claim Filed |
| 15. | Sears Consumer Finance | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 18. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 19. | Pediatric Faculty Foundation I | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,790.92 | $ 9,714.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 185.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bowdry, Marnelia

Printed:  1/22/08

Case Number:  05 B 64178
Judge:  Hollis, Pamela S
Filed:  12/26/05

|  |  |
|---|---|
| 5% | 78.66 |
| 4.8% | 108.91 |
| 5.4% | 164.40 |
|  | _____ |
|  | $ 537.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

